# United States Court of Appeals
## For the First Circuit

No. 14-1246

IN RE: LAURA SHEEDY,

Debtor.

LAURA SHEEDY,

Plaintiff, Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee;
and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on September 1, 2015, is amended as follows:

On page 13, line 9, replace "statue" with "statute"

On page 24, footnote 11, line 4, "Creditors" should be "Creditors'"